# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F. | U.S. Court of Appeals/11th Cir | 01/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge -- Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Post Office Box 867
Montgomery, AL 36101-0867

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. | | | | | | | | | |
| 2. Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 3. Torchmark Corp | A | Dividend | K | T | | | | | |
| 4. Apartment Investment Management Co. | A | Dividend | J | T | | | | | See Seciton VIII |
| 5. U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. Money Market Funds Stifel, Nicolaus & Company | A | Interest | K | T | | | | | |
| 7. 12.5% interest Investments Unlimited, an L.L.C. | F | Rent | O | W | | | | | See Section VIII. |
| 8. 12.5% interest in house, Ada, AL | | None | L | W | | | | | See Section VIII |
| 9. Alibaba Group Holding LTD Spons ADS | | None | K | T | | | | | |
| 10. Halliburton Company | A | Dividend | | | Sold (part) | 02/27/17 | J | | |
| 11. | | | | | Sold | 03/08/17 | K | A | |
| 12. Mosaic | A | Dividend | J | T | | | | | |
| 13. VF Corp | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 14. | | | | | Sold (part) | 06/29/17 | J | | |
| 15. | | | | | Sold (part) | 11/15/17 | J | A | |
| 16. Bershire Hathaway Inc. | | None | K | T | | | | | |
| 17. Chicago Bridge & Iron Company NV | A | Dividend | J | T | Buy (add'l) | 02/27/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems Inc. | A | Dividend | | | Sold (part) | 02/29/17 | J | B | |
| 19. | | | | | Sold | 06/15/17 | J | B | |
| 20. Costco Wholesale Corp. | A | Dividend | | | Sold | 06/29/17 | K | A | |
| 21. Silver Springs NTWKS Inc. | | None | | | Buy (add'l) | 03/08/17 | J | | |
| 22. | | | | | Sold | 09/19/17 | K | C | |
| 23. Horizon Pharma PLC | | None | | | Sold | 03/08/17 | J | | |
| 24. Invesco Ltd. | A | Dividend | J | T | | | | | |
| 25. Enterprise Products Partners LTD Partnership | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 26. Columbia Tax Exempt | A | Dividend | J | T | | | | | 2016 was Partial Sale |
| 27. Columbia U.S. Gov't Mortgage | A | Dividend | J | T | | | | | 2016 was Partial Sale |
| 28. Franklin Growth | A | Dividend | J | T | | | | | |
| 29. Franklin AL Tax Free Income CLA | A | Dividend | J | T | | | | | 2016 was Partial Sale |
| 30. ThornBurg LTD Term Mun. | A | Dividend | J | T | | | | | 2016 was Partial Sale |
| 31. Alabama PUB HSG Authj Cap 4.450% 01/01/04 | A | Interest | J | T | | | | | |
| 32. Baldwin CNTY AL BRD ED @97.851 4.75% | A | Interest | | | Redeemed | 07/03/17 | J | | |
| 33. Franklin Alabama Tax Free Income CL A | | None | | | Merged (with line 29) | | | | |
| 34. General Electric Company | A | Dividend | | | Sold | 08/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Glaxosmithkline LC Cusip | A | Dividend | J | T | | | | | |
| 36. Huntsville AL Hlthcare Auth Rev Ser A 96.929 5.26% | A | Interest | J | T | | | | | |
| 37. Huntsville AL WTR SYS REV 4.000% 11/01/31 | A | Interest | J | T | | | | | |
| 38. Kellogg Company | A | Dividend | | | Sold | 06/15/17 | J | A | |
| 39. Limestone Cnty AL WTR & SWR AUTH 95.915 4.52% | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 40. Merck & company Inc New | A | Dividend | | | Sold | 06/15/17 | J | A | |
| 41. Mobile AL WTR & SWR Commrs Rev 98.500 4.118% | A | Interest | J | T | | | | | |
| 42. Pepsico INC | A | Dividend | K | T | | | | | |
| 43. Pfizer Inc. | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 44. Procter & Gamble Company | A | Dividend | | | Sold | 06/15/17 | J | A | |
| 45. Sylacauga AL Wtx B/E 4.00% due 02/01/34 | A | Interest | J | T | | | | | |
| 46. Troy AL Elec Wtr & Swr 97.614 4.82% | A | Interest | J | T | | | | | |
| 47. Tuscaloosa AL Warrants Ambac 4.375 07/01/37 | A | Interest | | | Redeemed | 01/23/17 | J | | |
| 48. University of AL at Birmingham 3.000% 10/01/30 | A | Interest | J | T | | | | | |
| 49. Verizon communications Inc. | A | Dividend | | | Sold | 06/15/17 | J | A | |
| 50. Wal Mart Stores Inc | A | Dividend | J | T | | | | | |
| 51. Yum Brands Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Yum China holdings Inc. | A | Dividend | J | T | | | | | |
| 53. Bristol Myers Squibb | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 54. Intrexon Corp | | None | J | T | Buy | 03/09/17 | J | | |
| 55. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 56. Pay Pal | | None | K | T | Buy | 01/18/17 | J | | |
| 57. Therapeuticsmd Inc. | | None | J | T | Buy | 06/15/17 | J | | |
| 58. 3 D Systems | | None | J | T | Buy | 09/26/17 | J | | |
| 59. Ambarella Inc. | | None | K | T | Buy | 06/15/17 | J | | |
| 60.          BENEFICIARY        , IRA | | | | | | | | | |
| 61. Money Market Funds Stifel, Nicholas & Company | A | Interest | J | T | | | | | |
| 62. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 63. Goldman Sachs Group Inc. | A | Dividend | | | Redeemed | 11/17/17 | J | | |
| 64. Nokia Corp. | A | Dividend | J | T | | | | | |
| 65. II. TRUSTS ASSETS #1 | | | | | | | | | |
| 66. Money Market Funds 19/19 Investment Counsel & Trust | A | Interest | L | T | | | | | |
| 67. General Electric | B | Dividend | K | T | | | | | |
| 68. Torchmark Corp. | B | Dividend | M | T | Sold (part) | 10/03/17 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. River Bank and Trust | | None | K | T | | | | | |
| 70. Huntsville, AL Warrants Series A | A | Interest | | | Redeemed | 05/01/17 | K | | |
| 71. Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | | | Redeemed | 10/02/17 | K | | |
| 72. Federated Intermediate Mun. TrShBenInt. | B | Dividend | L | T | Sold (part) | 12/12/17 | J | A | |
| 73. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 74. Altria Group Inc. | B | Dividend | L | T | Sold (part) | 06/06/17 | K | D | |
| 75. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 76. Adobe Systems | | None | K | T | Sold (part) | 06/01/17 | K | D | |
| 77. | | | | | Sold (part) | 10/03/17 | K | E | |
| 78. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 79. Novartis A G | A | Dividend | | | Sold | 06/01/17 | J | D | |
| 80. Priceline Com | | None | K | T | Sold (part) | 06/06/17 | K | E | |
| 81. | | | | | Sold (part) | 10/03/17 | K | E | |
| 82. IShares Trust S&P | A | Dividend | | | Sold | 11/08/16 | K | | |
| 83. Gartner, Inc. | | None | | | Sold | 10/03/17 | K | E | |
| 84. Alphabet Inc. Cap STK CLA (Formerly Google, Inc.) | | None | K | T | | | | | |
| 85. Apple Computer, Inc. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amazon.Com, Inc. | | None | K | T | Sold (part) | 10/03/17 | J | D | |
| 87. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 88. IShares DJ Sel | A | Dividend | J | T | | | | | |
| 89. Dodge & Cox International Stock Fund | | None | | | Sold | 10/02/17 | K | D | |
| 90. Alphabet Inc Cap STK CLC (Formerly Google Inc. CL A)) | | None | K | T | | | | | |
| 91. International Business Machines Corp. | A | Dividend | | | Sold | 06/06/17 | K | | |
| 92. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 93. Ford Motor | A | Dividend | | | Sold | 06/06/17 | J | | |
| 94. Suntrust Banks | A | Dividend | K | T | | | | | |
| 95. Amgen Inc. | A | Dividend | | | Sold | 06/06/17 | J | | |
| 96. Chevron Copr. | A | Dividend | K | T | | | | | |
| 97. Fidelity Invst MM FD Govt. 1 #57 | A | Interest | L | T | Sold (part) | 12/31/17 | N | | |
| 98. | | | | | Buy (add'l) | 12/31/17 | M | | |
| 99. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 100. INVESCO LTD SHS | A | Dividend | J | T | | | | | |
| 101. AT&T INC. Com | A | Dividend | K | T | Buy (add'l) | 10/03/17 | J | | |
| 102. CVS Health Corp. | A | Dividend | | | Sold | 06/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Du Pont E I D E Nemours & Co. Com | A | Dividend | J | T | Sold (part) | 09/25/17 | J | A | |
| 104. Exxon Mobil Corp. Com | A | Dividend | K | T | | | | | |
| 105. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 106. Oracle Corp SRBD 3.4% DTD 7/8/2014 Due 7/8/2024 | A | Interest | K | T | | | | | |
| 107. Pepsico Inc. SR NT 2.25% DTD 7/30/2013 Due 1/7/2019 | A | Interest | K | T | | | | | |
| 108. Pfizer Inc. Com | A | Dividend | K | T | Buy (add'l) | 10/03/17 | J | | |
| 109. Sempra Energy Com | A | Dividend | J | T | | | | | |
| 110. Simon PPTY Group Inc. New Com | A | Dividend | | | Sold | 10/03/17 | J | | |
| 111. Southern Co. Com | A | Dividend | K | T | Buy (add'l) | 10/03/17 | J | | |
| 112. Toyota Motor Cred FR 1.55% DTD 7/13/2015 Due 7/13/2018 | A | Interest | K | T | | | | | |
| 113. United Parcel Service In. CLD | A | Dividend | K | T | Buy (add'l) | 10/03/17 | J | | |
| 114. U.S. Bankcorp MTN Sub NTS FR 2.95% DTD 7/23/20 Dues 7/15/22 | A | Interest | K | T | | | | | |
| 115. United Health Group Inc. SR. NT 2.875% DTD 12/8/2014 due 12/15/2021 | A | Interest | K | T | | | | | |
| 116. UnitedHealth Group Inc. Com | A | Dividend | K | T | | | | | |
| 117. Walmart Stores Inc. Com | A | Dividend | K | T | | | | | |
| 118. Air Prods & Chems Inc. Com | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 119. CBS Corp. New CLB | A | Dividend | K | T | Buy | 06/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 121. Cisco Sys Inc. OM | A | Dividend | K | T | Buy | 06/06/17 | K | | |
| 122. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 123. Cintas Corp. Com | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 124. Comcast Corp. New NT 3.125% DTD 07/02/17 Due 7/15/22 | A | Dividend | K | T | Buy | 06/06/17 | K | | |
| 125. Costco Whsl Corp. New com | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 126. Crown Castle Intl Corp. New Com | A | Dividend | K | T | Buy | 10/03/17 | J | | |
| 127. Deere & Co. SR GLBC | A | Dividend | K | T | Buy | 06/06/17 | K | | |
| 128. General Electric Co. NT 2.70 DTD 10/9/12 Due 10/09/12 Due 10/9/22 | | None | K | T | Buy | 10/16/17 | L | | |
| 129. Merck & co. Inc. New com | A | Dividend | K | T | Buy | 06/06/17 | J | | |
| 130. | | | | | Buy | 10/03/17 | J | | |
| 131. Oracle Corp. Com. 9/29/17 @ 48.27 | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 132. U. S. Treasury Note 1.625% 2/15/16 due 2/15/26 | | None | K | T | Buy | 10/02/17 | K | | |
| 133. T-Rowe Price Tax Free High Yield Fund #59 | B | Dividend | L | T | Buy | 06/02/17 | L | | |
| 134. PERSONAL HOLDINGS: SPOUSE | | | | | | | | | |
| 135. Money Market Funds Sifel, Nicolaus & Co. | A | Interest | L | T | | | | | |
| 136. Torchmark Corp. | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 138. 12.5% interest Investments Unlimited, as L.L.C. | F | Rent | O | W | | | | | See Section VIII |
| 139. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 140. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 141. Huntsville AL RFDG & Cap Improvements WTS Ser A | A | Interest | K | T | | | | | |
| 142. Express Scripts Inc. RMT) | | None | | | Sold | 04/25/17 | K | D | |
| 143. Novartis AG RMT Sponsored ADR | A | Dividend | J | T | | | | | |
| 144. River Bank & Trust RMT | | None | K | T | | | | | |
| 145. Clarke & Mobile Cnty AL Gas Dist. 4.375% | B | Interest | | | Redeemed | 10/02/17 | K | | |
| 146. Madison Cnty Brd Ed Cap OID 96.801 4.7% CPN 4.500% | B | Interest | K | T | | | | | |
| 147. Madison Cnty AL Brd EDP Cap Outlay Cpn 5.000% Due 9/1/36 | B | Interest | K | T | | | | | |
| 148. Shelby Cnty AL Brd EEDP Cap Outlay SCHOID@97.921 4.43% | B | Interest | | | Donated | 10/12/17 | K | | |
| 149. Shelby Cnty AL Brd EEDP RFDG 10 MillB/ECPN 5.0% due 2/1 | B | Interest | K | T | | | | | |
| 150. Tuscaloosa AL WarranEDP OID @96.969 4.56% | A | Interest | | | Redeemed | 01/23/17 | J | A | |
| 151. Amgen Inc. | B | Dividend | L | T | | | | | |
| 152. Phillips 66 | A | Dividend | | | Sold | 03/08/17 | K | D | |
| 153. Homewood AL Edl Bldg Rev Samford Univ. 4.500% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Huntsville AL RFDG WTS OID @97.541 3.3% | A | Interest | K | T | | | | | |
| 155. Kinder Morgan Inc DE | A | Dividend | | | Sold | 11/15/17 | J | | |
| 156. University of AL at B'ham Genl Rev A2 OID @98.653 3.1T | A | Interest | K | T | | | | | |
| 157. Teakey Lng Partners limited Partnership Unit | A | Distribution | | | Sold | 03/08/17 | J | | 2016 was Partial Sale |
| 158. ALIBABA Group Holding LTD Spons Ads | | None | K | T | | | | | |
| 159. Apple Inc | A | Dividend | | | Sold | 06/15/17 | J | D | |
| 160. Enterprise AL WTS Ser A B/E OID @96.949 4.85% | B | Interest | K | T | | | | | |
| 161. Escambia CNTY AL Brd Ed. Tax Antic WTS REV B/E | B | Interest | K | T | | | | | |
| 162. Foley AL WTS BE OID @98.446 4.1% CPN 4.000% due 6/1/39 | A | Interest | K | T | | | | | |
| 163. Gulfport Energy Corp New | | None | | | Sold (part) | 04/26/17 | J | | |
| 164. | | | | | Sold | 06/15/17 | J | | |
| 165. SERVISFIRST Bancshares) | A | Dividend | K | T | Sold (part) | 02/27/17 | J | D | |
| 166. Towerstream Corp | | None | | | Sold | 02/27/17 | J | | |
| 167. V F Corp) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 168. | | | | | Sold (part) | 06/29/17 | J | | |
| 169. | | | | | Sold (part) | 07/31/17 | J | | |
| 170. | | | | | Sold (part) | 11/15/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. AL State Pub HC Auth Pub HLTH FAc OID 96.120 4% | A | Interest | K | T | | | | | |
| 172. Berkshire Hathaway Inc | | None | K | T | | | | | |
| 173. Chicago Bridge &Iron Company NV | A | Dividend | J | T | | | | | |
| 174. CISCO Systems Inc. | A | Dividend | | | Sold (part) | 02/27/17 | J | B | |
| 175. | | | | | Sold | 06/15/17 | J | B | |
| 176. Costco Wholesale Corp. | A | Dividend | | | Sold | 06/29/17 | K | A | |
| 177. Mobile AL Wtr & Swr Commrs. Rev B/E OID 98.500 @4.118% | A | Interest | K | T | | | | | |
| 178. Silver Springs Ntwks | | None | | | Buy (add'l) | 03/08/17 | J | | |
| 179. | | | | | Sold | 09/19/17 | K | B | |
| 180. Sylacauga AL W & S B/E CPN 4% Due 2/1/31 | A | Interest | K | T | | | | | |
| 181. Horizon Pharma PLC | | None | J | T | | | | | |
| 182. INVESCO LTD | A | Dividend | J | T | Sold (part) | 06/15/17 | J | A | |
| 183. Brewton AL WTS SER A BAM 3% due 12/02/28 | A | Dividend | K | T | | | | | |
| 184. Freeport McMoran Inc. | | None | | | Sold | 06/15/17 | J | B | 2016 was Partial Sale |
| 185. Jasper AL WTS BAMBLE CPN 3.250% | A | Interest | K | T | | | | | |
| 186. HENA Inc | | None | L | T | | | | | |
| 187. AIPS AIERIAN MLP ETF | | None | K | T | Buy | 12/21/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Bristol Myers Squibb | A | Dividend | K | T | Buy | 07/14/17 | K | | |
| 189. Intrexon Corp | | None | K | T | Buy | 03/09/17 | K | | |
| 190. | | | | | Buy (add'l) | 06/17/17 | J | | |
| 191. Paypal Holdings Inc. | | None | K | T | Buy | 01/18/17 | J | | |
| 192. Therapeuticsand Inc. | | None | J | T | Buy | 06/15/17 | J | | |
| 193. 3-D Systems Corp. Del New | | None | J | T | Buy | 09/26/17 | J | | |
| 194. Tuscaloosa AL Pub. Edl 8 Bldg Stdnt HSG Rev 3.00% due 7/1/31 | | None | K | T | Buy | 10/03/17 | K | | |
| 195. Ambarella Inc. | | None | K | T | Buy | 06/15/17 | K | | |
| 196. ▮▮▮ PRINCETON MANAGED ACCT | | | | | | | | | |
| 197. Money Market Funds Stiffel, Nicolaus & Co. | A | Interest | J | T | | | | | |
| 198. AT&T | A | Dividend | J | T | | | | | |
| 199. American Airlines | A | Dividend | | | Sold (part) | 06/09/17 | J | A | |
| 200. | | | | | Sold | 09/28/17 | J | A | |
| 201. American Tower Corp New | A | Dividend | J | T | | | | | |
| 202. Apple Inc | A | Dividend | J | T | | | | | |
| 203. Boeing Company | A | Dividend | J | T | | | | | |
| 204. Bristol Myers Squibb Company | A | Dividend | J | T | Buy (add'l) | 05/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Canadian Pacific Railway Limited | A | Dividend | J | T | | | | | |
| 206. Cisco systems Inc. | A | Dividend | J | T | Sold (part) | 05/18/17 | J | A | |
| 207. Corning Inc | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 208. Crown Castle Intl Corp New | A | Dividend | J | T | | | | | |
| 209. General Electric | A | Dividend | | | Sold (part) | 01/26/17 | J | A | |
| 210. | | | | | Sold (part) | 06/13/17 | J | A | |
| 211. | | | | | Sold (part) | 06/15/17 | J | A | |
| 212. | | | | | Sold | 09/07/17 | J | | |
| 213. Alphabet Inc. (Formerly Google Inc. CL A) | | None | J | T | Buy (add'l) | 01/30/17 | J | | |
| 214. Intel Corp. | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 215. Martin Marietta Materials Inc. | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 216. Microsoft Corp | A | Dividend | J | T | | | | | |
| 217. QualComm Inc. | A | Dividend | J | T | | | | | |
| 218. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 219. Unisys Corp New | | None | | | Sold | 09/28/17 | J | | |
| 220. Universal Electrs Inc. | | None | J | T | | | | | |
| 221. Verizon Communications Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. NOVO Nordisk AS ADR | A | Dividend | J | T | | | | | |
| 223. Facebook Inc CL A | | None | J | T | | | | | |
| 224. Monolithic Power System Inc. | A | Dividend | | | Sold | 01/30/17 | J | A | |
| 225. Pfizer Inc. | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 226. Visa Inc. Class A | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 227. Abbvie Inc. | A | Dividend | J | T | Buy | 06/13/17 | J | | |
| 228. Amazon Com Inc. | | None | J | T | Buy | 09/06/17 | J | | |
| 229. Comcast corp. CL Anew | A | Dividend | J | T | Buy | 04/07/17 | J | | |
| 230. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 231. Walt Disney co. | | None | J | T | Buy | 09/07/17 | J | | |
| 232. United Parcel Service | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 233. ▮▮▮▮ CHARITABLE ACCOUNT | | | | | | | | | |
| 234. Money Market Funds Stifel, Nicolaus & Co. | A | Interest | J | T | | | | | |
| 235. Alexander City AL RFDG WTS Ser A OID 98.889 3.16% CPN 3.000 Due 5/1/19 | A | Interest | J | T | | | | | |
| 236. Elmore Cnty AL Pub E Coop Dist Pub Ed OID @98.506 3.45% | A | Interest | K | T | | | | | |
| 237. Foley AL Pub Facs Co Dist Rev CPN 4.000% Due 9/1/19 | A | Interest | K | T | | | | | |
| 238. Phenix City, AL WTS SER A 5.000% Due 01/01/17 | A | Interest | | | Redeemed | 01/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Opelika AL School Warrants SER A CPN 3.500% Due 10/1/20 | A | Interest | K | T | | | | | |
| 240. Russellville AL WTRW SWR BD REV OID @98.839 2.5% CPN 2.300% | A | Interest | | | Redeemed | 11/01/17 | J | | |
| 241. Shelby Cnty AL Brd E Unref 10 mill CPN 4.000% due 2/1/18 | A | Interest | K | T | | | | | |
| 242. AL. WTR Pollution Auth. RFDG RVLVNG 3.00% Due 8/15/21 | A | Interest | J | T | Buy | 02/27/17 | J | | |
| 243. Phenix City AL Pub. Bldg Auth Rev Mun A DB 3.00% Due 4/1/21 | A | Interest | J | T | Buy | 02/27/17 | J | | |
| 244. Troy AL RFDG WTS AGM OID @ 99.108 2.17% 2% due 8/1/23 3 | | None | K | T | Buy | 12/21/17 | K | | |
| 245. ▨ HORIZON ACCOUNT | | | | | | | | | |
| 246. Money Market Funds Stifel, Nicolaus & Co. | A | Interest | M | T | | | | | |
| 247. First Trust Dorsey Wright Focus | A | Dividend | L | T | Buy (add'l) | 05/01/17 | L | | |
| 248. | | | | | Sold (part) | 03/21/17 | M | C | |
| 249. | | | | | Sold (part) | 08/21/17 | M | B | |
| 250. First Trust VI Dorey Wright Intl Focus 5ETF | A | Dividend | L | T | Buy (add'l) | 01/05/17 | L | | |
| 251. | | | | | Buy (add'l) | 06/01/17 | L | | |
| 252. | | | | | Buy (add'l) | 07/14/17 | M | | |
| 253. | | | | | Sold (part) | 04/13/17 | L | D | |
| 254. | | | | | Sold (part) | 06/23/17 | M | A | |
| 255. | | | | | Sold (part) | 12/13/17 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. I-Shares 3-7 yr. Treasury Bond ETF | A | Dividend | K | T | Sold (part) | 01/05/17 | K | | |
| 257. Vanguard Federal Money Market VMFXX | | None | L | T | Buy | 12/07/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 01/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments & Trusts.

No. 4, 7, 8, .   Property located in Montgomery County, AL; (*Walton County, FL), Lowndes County, AL
138 & 140 *In 2014, Investments Unlimited sold the beach house in Walton County, Florida for $2.8 million. ░░░░ and I received 12.5% each of the proceeds.

No. 136.   Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally to ░░░░░░░░░ .   I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C."  My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to ░░░░░░░░░ in equal shares.  The total value of this property at the time it gifted was  $790,000 to be equally shared by the 4.  I filed a gift tax return showing this transfer on 4/15/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joel F. Dubina**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544